UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Heethuis v. County of Muskegon, et al

**Case Number:**  1:19-cv-940
**Date:**  March 23, 2020
**Time:**  9:00 a.m. - 9:07 a.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES**

    Plaintiff:  Stephen R. Drew

    Defendants:  Laura Kathleen Bailey Brown

**PROCEEDINGS**

Nature of Hearing:  Telephone Rule 16 scheduling conference conducted, case management order to issue

Court Reporter: Proceedings not recorded         Case Manager: Amy Redmond