UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI LYNN HEETHUIS,

    Plaintiff,

-vs-

COUNTY OF MUSKEGON; and,
RYAN BOIKE, Individually,

    Defendants.
_____/

Case No. 1:19-cv-00940

HON: PAUL L. MALONEY

| | |
|---|---|
| STEPHEN R. DREW (24323) <br> ADAM C. STURDIVANT (P72285) <br> DREW, COOPER & ANDING <br> Attorneys for Plaintiff <br> 80 Ottawa Avenue, NW, Suite 200 <br> Grand Rapids, MI 49503 <br> (616) 454-8300 <br> sdrew@dca-lawyers.com <br> asturdivant@dca-lawyers.com | ROSATI SCHULTZ JOPPICH <br> & AMTSBUECHLER PC <br> LAURA S. AMTSBUECHLER (P36972) <br> LAURA BAILEY BROWN (P79742) <br> Attorneys for Defendants <br> 27555 Executive Drive, Suite 250 <br> Farmington Hills, MI 48331 <br> (248) 489-4100 <br> lamtsbuechler@rsjalaw.com <br> lbrown@rsjalaw.com |

_____/

## NOTICE TO WITHDRAW ATTORNEY OF RECORD

Please take notice that Laura Bailey Brown has left the firm of Rosati Schultz Joppich & Amtsbuechler and is no longer associated with the firm, therefore her name is to be removed from the above-cause of action.

Respectfully submitted,

ROSATI, SCHULTZ, JOPPICH
& AMTSBUECHLER, P.C.

/s/     *Laura S. Amtsbuechler*
Laura S. Amtsbuechler (P36972)
Attorney for Defendants
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100

Dated:     July 31, 2020     lamtsbuechler@rsjalaw.com

## PROOF OF SERVICE

The undersigned certifies that the foregoing was served upon all parties to the above cause to each of the attorneys/parties of record herein at their respective addresses disclosed on the pleadings on July 31, 2020.

BY:  ☐ U.S. Mail      ☐ Telefacsimile

☐ Hand Delivered  ☐ Overnight courier

☐ Federal Express  ☒ Other: ***E-mail***

Signature: s/ Julie Doll