# **INDEX OF EXHIBITS**

Exhibit 1– Plaintiff's Response to Defendants' 1st Interrogatories and RFP

Exhibit 2 – 11-10-2020 Correspondence to Plaintiff's Counsel

Exhibit 3 – Defendants' 3rd RFP

Exhibit 4 – Plaintiff's deposition transcript

Exhibit 5 – Correspondence to Plaintiff's Counsel