UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI LYNN HEETHUIS,

    Plaintiff,

-vs-

COUNTY OF MUSKEGON; and,
RYAN BOIKE, Individually,

    Defendants.
_____/

Case No. 1:19-cv-00940

HON:  PAUL L. MALONEY

| | |
|---|---|
| STEPHEN R. DREW (24323)<br>ADAM C. STURDIVANT (P72285)<br>DREW, COOPER & ANDING<br>Attorneys for Plaintiff<br>80 Ottawa Avenue, NW, Suite 200<br>Grand Rapids, MI 49503<br>(616) 454-8300<br>sdrew@dca-lawyers.com<br>asturdivant@dca-lawyers.com | ROSATI SCHULTZ JOPPICH<br>& AMTSBUECHLER PC<br>LAURA S. AMTSBUECHLER (P36972)<br>MELANIE M. HESANO (P82519)<br>Attorneys for Defendants<br>27555 Executive Drive, Suite 250<br>Farmington Hills, MI 48331<br>(248) 489-4100<br>lamtsbuechler@rsjalaw.com<br>mhesano@rsjalaw.com |

_____/

**STIPULATED ORDER EXTENDING SCHEDULING ORDER DATES**

The parties through their respective counsel hereby stipulate to extend the Case Management Order scheduling dates issued in this matter for thirty (30) days, for the reason that although the parties have been working diligently with discovery, due to the need to take multiple depositions and conduct extensive discovery of

electronic and traditional forms of evidence, coupled with the difficulties of remote interaction as required by the current and ongoing global COVID-19 pandemic, the parties respectfully seek an extension of all dates in the Case Management Order, except the final settlement conference, the final pretrial conference and the trial date for thirty (30) days.

**IT IS ORDERED** that all Case Management Order dates, with the exception of the final settlement conference date, the final pretrial date and the trial date, shall be extended by a period of 30 days. The Court will issue a new Case Management Order reflecting the same.

**IT IS SO ORDERED.**

DATED: _____          _____
                                      HON. PAUL L. MALONEY
                                      U.S. District Court Judge



Stipulated and approved:

/s/Stephen R. Drew (w/consent)          /s/Laura S. Amtsbuechler
Stephen R. Drew (24323)                 Laura S. Amtsbuechler (P36972)
Attorney for Plaintiff                  Attorney for Defendants