# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:19-cv-00940-PLM | 1/8/2021 | 10:06 - 10:40 AM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Heethuis v.Muskegon, County of et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Stephen R. Drew | Plaintiff |
| Melanie Hesano | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Motion Hearing held regarding ECF No. 40 via video; motion held in abeyance; order to issue regarding filing of proposed protective order.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema