UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI LYNN HEETHUIS,

    Plaintiff,                          Case No. 1:19–cv–940

v.                                   Hon. Paul L. Maloney

MUSKEGON, COUNTY OF, et al.,

    Defendants.
_____/

## ORDER

Counsel shall file a joint proposed protective order in accordinace with the Court's directions given at the hearing held on January 8, 2021, no later than January 22, 2021.

IT IS SO ORDERED.

Dated: January 8, 2021                                         /s/ Phillip J. Green
                                                                  PHILLIP J. GREEN
                                                                  U.S. Magistrate Judge