UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LORI LYNN HEETHUIS,

    Plaintiff,

v.

MUSKEGON, COUNTY OF, et al.,

    Defendants,

    _____/

Hon. Paul L. Maloney

Case No. 1:19-cv-00940-PLM-PJG

**ORDER**

This matter is before the Court on Defendants' Motion to compel. (ECF No. 40).

On January 8, 2021, the undersigned held a hearing on the matter at which time the motion was held in abeyance. (*Minutes,* ECF No. 47). On that same date the Court issued an order directing the parties to file a proposed protective order. (ECF No. 48).

On January 22, 2021, the parties filed their joint proposed protective order. (ECF No. 51).

The Court being fully advised in the premises, and to the extent consistent with the Protective Order (ECF No. 53), the motion to compel (ECF No. 40) is **GRANTED**.

**IT IS SO ORDERED**.

Date: January 26, 2021

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge