# EXHIBIT 1

TRANSCRIPTION OF AUDIOTAPE

FROM 04-22-19, MEETING

The transcription of an audiotape of an 04-22-19 meeting by Sharon Bayerl, (CSR-3406), a Notary Public in and for the County of Wayne, Michigan, (acting in Wayne County, Michigan), transcribed on February 8, 2021.

SPEAKERS ON AUDIOTAPE:

SHERIFF MICHAEL POULIN

UNDERSHERIFF KEN SANFORD

LORI HEETHIUS

ED FOX

Chapa & Giblin Court Reporters
(248) 626-2288

2429-D

HEETHUIS AUDIO TRANSCRIPTION #5, 2-8-2021

```
 1                    (The following is a transcription of an
 2                    audiotape recording.)
 3
 4                    (Meeting begins)
 5                    UNDERSHERIFF SANFORD:  Okay.  Are we ready?
 6         You good?
 7                    ED FOX:  I'm good.
 8                    UNDERSHERIFF SANFORD:  All right.  To get
 9         this started, I would like to show you a video, Lori,
10         and I would like you to explain to me what's happening
11         in this video related to your cellphone, where you
12         are, what you are doing.  It's a pretty quick video.
13         It's only about 10 seconds.  I am going to try and
14         start it right from the beginning, and then we can
15         replay it as needed.
16                    LORI HEETHUIS:  Okay.
17                    UNDERSHERIFF SANFORD:  Now it's got to
18         catch up to it.
19                    (Playing videotape)
20                    Do you want to see it again from the
21         beginning?
22                    ED FOX:  I do.
23                    UNDERSHERIFF SANFORD:  I think that's
24         pretty much the relevant part.  Do you need me to go
25         back in again and get the rest?
```

Page 2

2430-D

```
 1                    LORI HEETHIUS:  Yeah.  That door closed
 2        fast.
 3                    Do you have the date that that was?
 4                    UNDERSHERIFF SANFORD:  The 17th, I believe.
 5        I think that's what it's stamped.
 6                    LORI HEETHIUS:  Well, I had that out
 7        because my mother texted me because she was getting
 8        more of her toe cut off, and possibly three more, and
 9        she had messaged me, and I messaged her that God was
10        with her.
11                    UNDERSHERIFF SANFORD:  Okay.
12                    LORI HEETHIUS:  And then obviously when the
13        door is open, because I didn't want it to be near any
14        inmates, I put it away, texted her quick, and put it
15        away.
16                    UNDERSHERIFF SANFORD:  Okay.  And you
17        remember this letter you signed on the 11th of March?
18                    LORI HEETHIUS:  Uh-huh, yes.
19                    UNDERSHERIFF SANFORD:  Okay.
20                    LORI HEETHIUS:  But when Deputy Riddle
21        asked about that, he said you said I could be in an
22        office, I could be in a hallway, as long as no -- one
23        of the small hallways as long as there is no trustees
24        there.
25                    UNDERSHERIFF SANFORD:  Uh-huh.
```

Page 3

2431-D

```
 1                    LORI HEETHIUS:  So I took it as though as

 2          long as I'm not by trustees, I can look, especially

 3          when my mom is having surgery --

 4                    UNDERSHERIFF SANFORD:  Sure.

 5                    LORI HEETHIUS:  -- and that's what I was

 6          doing.

 7                    UNDERSHERIFF SANFORD:  Okay.

 8                    LORI HEETHIUS:  So yes, I remember that,

 9          but I remember Deputy Riddle also verifying with you.

10                    UNDERSHERIFF SANFORD:  Okay.  So when you

11          take -- so you are taking your cellphone out of your

12          coat pocket and putting it into your pants pocket?

13                    LORI HEETHIUS:  Uh-huh.

14                    UNDERSHERIFF SANFORD:  And the purpose of

15          that is if your mother is having issues --

16                    LORI HEETHIUS:  Right.

17                    UNDERSHERIFF SANFORD: -- she can get a hold

18          of you?

19                    LORI HEETHIUS:  Right, because I didn't

20          know whether -- they didn't know if they were going to

21          take the rest of the toes off or not.

22                    UNDERSHERIFF SANFORD:  Okay.  All right.

23                    LORI HEETHIUS:  He said it depended.  He

24          said once he got in there, it would depend.

25                    UNDERSHERIFF SANFORD:  So in the second
```

Page 4

2432-D

```
 1          meeting you had with Lieutenant Brown --
 2                  LORI HEETHIUS:  Uh-huh.
 3                  UNDERSHERIFF SANFORD:  -- you guys were
 4          trying to pinpoint the time back to the original phone
 5          call that you had in the office --
 6                  LORI HEETHIUS:  Uh-huh.
 7                  UNDERSHERIFF SANFORD: -- the audio
 8          recording that you were given, he e-mailed it to you,
 9          and he left it with you that you were going to try to
10          pinpoint exactly what time it was and if you could
11          figure out who you were talking to at that time.  Have
12          you been able to do that?
13                  LORI HEETHIUS:  He told me it was between
14          5:00 and 6:00.
15                  UNDERSHERIFF SANFORD:  Okay.  Were you able
16          to do that?
17                  LORI HEETHIUS:  The only person I recall,
18          and this isn't -- this is just --
19                  UNDERSHERIFF SANFORD:  Okay, not recall.
20                  LORI HEETHIUS:  I did not -- no, I do not
21          know who it was.
22                  UNDERSHERIFF SANFORD:  -- that conversation
23          was that you were going to go back and look at your
24          phone.  So you were going to try to pinpoint --
25                  LORI HEETHIUS:  No, I do not know.
```

Page 5

2433-D

HEETHUIS AUDIO TRANSCRIPTION #5, 2-8-2021

```
 1                    UNDERSHERIFF SANFORD:  So you have not been
 2          able to pinpoint exactly who you were talking to?
 3                    LORI HEETHIUS:  No, I have not been able to
 4          pinpoint who I had talked to.
 5                    UNDERSHERIFF SANFORD:  Okay.  Because you
 6          originally stated you thought it was Riddle --
 7                    LORI HEETHIUS:  Yeah.
 8                    UNDERSHERIFF SANFORD: -- but then you
 9          confirmed later that you had talked to Riddle over
10          texting Riddle when you were in the bathroom.
11                    LORI HEETHIUS:  Right.
12                    UNDERSHERIFF SANFORD:  So you knew it
13          wasn't then.
14                    LORI HEETHIUS:  Right.  He told me it
15          wasn't then, he talked to Deputy -- or Captain Shane
16          Brown.
17                    UNDERSHERIFF SANFORD:  And so you confirmed
18          that it wasn't Riddle?
19                    ED FOX:  Let's take a break.  Can we have
20          just a second?
21                    UNDERSHERIFF SANFORD:  Sure.
22                    (A short break in audiotape).
23                    LORI HEETHIUS:  If I could --
24                    ED FOX:  We just want to clarify that.
25                    UNDERSHERIFF SANFORD:  Okay.
```

Page 6

2434-D

```
 1                     LORI HEETHIUS:  On the day in question,
 2         with the illegal recording that he did, I only had two
 3         people on my phone record, and that was Riddle --
 4                     UNDERSHERIFF SANFORD:  Okay.
 5                     LORI HEETHIUS:  -- who I attempted to call.
 6                     UNDERSHERIFF SANFORD:  Yeah.
 7                     LORI HEETHIUS:  I did talk to him later in
 8         the day, and I e-mailed him, or I texted him also.
 9                     UNDERSHERIFF SANFORD:  Okay.
10                     LORI HEETHIUS:  The only other person I had
11         on my phone in the recent calls was Steven Drew, who
12         is my attorney.
13                     UNDERSHERIFF SANFORD:  Okay.  So you went
14         back after your second meeting with Lieutenant Brown,
15         checked and confirmed all of that you are telling me
16         right now?
17                     LORI HEETHIUS:  Uh-huh.  I told him --
18                     UNDERSHERIFF SANFORD:  The only two people
19         you talked to during that timeframe were --
20                     LORI HEETHIUS:  To my knowledge, yes.
21                     UNDERSHERIFF SANFORD: -- Riddle and Drew?
22                     LORI HEETHIUS:  To my knowledge, yes.
23                     UNDERSHERIFF SANFORD:  Not to your
24         knowledge, what did your cellphone show you?
25                     LORI HEETHIUS:  It showed me that.
```

Page 7

2435-D

```
 1                    UNDERSHERIFF SANFORD:  Okay.  That's all I
 2         want.
 3                    LORI HEETHIUS:  Okay.
 4                    UNDERSHERIFF SANFORD:  Okay.  All right.
 5                    LORI HEETHIUS:  The day that this happened,
 6         this is the day that I was trying to do commissary.
 7         It was a 12-hour day --
 8                    UNDERSHERIFF SANFORD:  Uh-huh.
 9                    LORI HEETHIUS:  -- my first one, and Deputy
10         Stephenson would not open L pod.  You told me if they
11         don't do what they are supposed to, go down and see
12         command or call command.
13                    UNDERSHERIFF SANFORD:  Uh-huh.
14                    LORI HEETHIUS:  So I went down and saw
15         Sergeant Stephens.  He said there wasn't anything that
16         he would do really, that I would have to wait to see
17         my sergeant or a lieutenant.  So I come back up.  I
18         said, well, could you call him and ask him to at least
19         open the doors?
20                    So I went back up.  He called -- he goes --
21         he comes up to that pass through, and he goes, well,
22         if you weren't such a snitch, worried about what
23         everybody else is doing, then maybe I would know what
24         door to open for you, and then he goes, I got you, I
25         got you, and he's dancing around like he's 12.  And I
```

Page 8

2436-D

1    am thinking, what the heck?  I said would you just

2    please open L?  It's an honor pod.

3              So he opened L finally.  I trusted he was

4    going to open L, and he let two people out, two bond

5    mates.  I said on the radio, Deputy Stephenson, could

6    you please open the top tier?  This is an honor pod.

7    And he said he would after the two locked down.

8              I have never had a problem with anybody

9    like that, and then I had proceeded to go, and he

10   would not open any other doors, like is normally done.

11             UNDERSHERIFF SANFORD:  Uh-huh.

12             LORI HEETHIUS:  So I had to drag the

13   commissary in and do it cell by cell, which makes it

14   extremely long.

15             UNDERSHERIFF SANFORD:  Lori, what -- what

16   relevance does this have to anything that we are here

17   for today?

18             LORI HEETHIUS:  I just want you to know it

19   was very upsetting.

20             UNDERSHERIFF SANFORD:  I understand.

21             LORI HEETHIUS:  And I come in --

22             UNDERSHERIFF SANFORD:  So are you trying to

23   justify the phone call?

24             LORI HEETHIUS:  Well, I was upset, yes.

25   Yeah.

                         Page 9

1           UNDERSHERIFF SANFORD:  Okay.  That's fair

2      enough.

3           LORI HEETHIUS:  And when I came in, he

4      called me a fucking bitch, so I got my stuff and

5      (inaudible) --

6           (Talking simultaneously)

7           UNDERSHERIFF SANFORD:  Okay.  Your emotions

8      were high, you were upset when you got that phone

9      call.

10          LORI HEETHIUS:  I think anybody would be to

11     be called those kind of things.

12          UNDERSHERIFF SANFORD:  The reason we are

13     here today has nothing to do with that.  I shouldn't

14     say nothing to do.  They all kind of led into this

15     third meeting today.

16          What I want you to do is I want you to

17     listen to this.  This is an audio only.  This is the

18     second Loudermill hearing you had with Captain Brown,

19     and actually you will have access -- we will give you

20     access.  You can have this whole video, but I'm going

21     to move it ahead because most of it is irrelevant to

22     what we are talking about here today.

23          LORI HEETHIUS:  Okay.

24          UNDERSHERIFF SANFORD:  So I want you to

25     listen to two different spots, and we can play them as

Page 10

2438-D

1        many times as you would like.

2               (Playing of audiotape).

3               UNDERSHERIFF SANFORD:  Did you hear what

4        you said there?

5               LORI HEETHUIS:  I didn't have my phone

6        today.  I forgot it.  I actually took my husband's

7        phone, so...

8               ED FOX:  I didn't hear any of it.

9               UNDERSHERIFF SANFORD:  Let me replay it,

10       the second part of this.

11              (Audiotape playing)

12              UNDERSHERIFF SANFORD:  Did you hear what

13       you said there?

14              LORI HEETHIUS:  That I don't have my phone

15       with me today because I left it at home.  I had my

16       husband's, but that wouldn't do no good for me, but I

17       didn't think I had to put that in.

18              (Playing audiotape).

19              UNDERSHERIFF SANFORD:  What was your last

20       statement you made?

21              LORI HEETHIUS:  That I didn't have my phone

22       with me.

23              UNDERSHERIFF SANFORD:  Okay.  This

24       recording was on the 17th.

25              LORI HEETHIUS:  Okay.

Page 11

HEETHUIS AUDIO TRANSCRIPTION #5, 2-8-2021

```
 1                    UNDERSHERIFF SANFORD:  Okay.  That's all I
 2       have.
 3                    SHERIFF POULIN:  We are all set?
 4                    UNDERSHERIFF SANFORD:  Yep.
 5                    ED FOX:  Are these hearings so that she can
 6       ask questions or, you know, put a defense?  I think
 7       it's even in your statement that when you send out the
 8       --
 9                    UNDERSHERIFF SANFORD:  Sure.  If you have
10       any more statements you would like to make, feel free.
11                    ED FOX:  The question we keep going over is
12       what are we really trying to get at?  What is she
13       being defended -- what is she supposed to be
14       defending, the use of the cellphone, the content of
15       her statements on some of these recordings?
16                    UNDERSHERIFF SANFORD:  The video that I
17       just showed you and the audio recording that I just
18       played for you.
19                    LORI HEETHIUS:  Yes.
20                    ED FOX:  How do those two relate to the
21       charges?
22                    LORI HEETHIUS:  Because it's the same day.
23                    UNDERSHERIFF SANFORD:  Because they
24       contradict each other.
25                    SHERIFF POULIN:  Because the day
                              Page 12
```

```
 1        specifically in the elevator when she had her phone,

 2        it's because she needed to communicate with her

 3        mother, who she identified she had her phone --

 4                LORI HEETHIUS:  I did --

 5                SHERIFF POULIN:  -- the same day she said

 6        she didn't have her phone.

 7                LORI HEETHIUS:  I did not, I didn't have my

 8        phone, though, gentlemen.  My husband's is the same as

 9        mine, has the same thing.  I grabbed his.

10                UNDERSHERIFF SANFORD:  You want me to

11        believe that?

12                SHERIFF POULIN:  Honestly?

13                UNDERSHERIFF SANFORD:  Lori, come on.  You

14        stated twice --

15                LORI HEETHIUS:  Yeah, I do want you to

16        believe that.  I have taken his before.

17                UNDERSHERIFF SANFORD:  You stated twice,

18        and the second one is much clearer, I ran out of the

19        house and forgot my phone.

20                LORI HEETHIUS:  Yes.

21                UNDERSHERIFF SANFORD:  But you were able to

22        go back and get your husband's phone?

23                LORI HEETHIUS:  No, I just stuck it in

24        mine, and I realized when I got here, holy crap, this

25        isn't mine.
```

Page 13

2441-D

HEETHUIS AUDIO TRANSCRIPTION #5, 2-8-2021

```
 1              UNDERSHERIFF SANFORD:  That's what you want
 2      to stick with?
 3              SHERIFF POULIN:  What I still don't
 4      understand is why is it we just can't look at the
 5      phone and look at the time and date and see who you
 6      were talking to?
 7              LORI HEETHIUS:  I did that, sir.
 8              SHERIFF POULIN:  No, why -- do you have
 9      your phone with you today?
10              LORI HEETHIUS:  Yeah.
11              SHERIFF POULIN:  On you, right now?
12              LORI HEETHIUS:  Yes.
13              SHERIFF POULIN:  Okay.  Can you look right
14      now at that time and date --
15              LORI HEETHIUS:  I got an update, and I
16      don't know if it's on it yet or not.
17              This phone is crazy.  I just changed all my
18      icons because they had updates, so...
19              ED FOX:  And while she is looking for that,
20      what is the relevance of who she was speaking to?
21              SHERIFF POULIN:  There isn't.
22              LORI HEETHIUS:  Did the update do it?
23              ED FOX:  There isn't?  It's not relevant at
24      all?
25              UNDERSHERIFF SANFORD:  It is.
```

Page 14

```
 1                    SHERIFF POULIN:  Well, it's relevant to the
 2          fact that who she said it was, it wasn't, and the fact
 3          that if she is talking about staff at this department
 4          and berating command officers to people outside of
 5          this agency, that is an issue.
 6                    LORI HEETHIUS:  Right, I wasn't --
 7                    UNDERSHERIFF SANFORD:  I think we have a
 8          right to know who it is so we can talk to them and
 9          confirm what was said.
10                    LORI HEETHIUS:  I wasn't, though.
11                    UNDERSHERIFF SANFORD:  We tried to do that
12          with Riddle, and it wasn't Riddle that she was talking
13          to, so we are just trying to confirm who it was that
14          she was talking to.
15                    ED FOX:  I'm just asking.
16                    LORI HEETHIUS:  I wasn't berating him, sir.
17          I was --
18                    UNDERSHERIFF SANFORD:  No, he was talking
19          to Ed, not you.
20                    Are you able to find anything?
21                    LORI HEETHIUS:  I had an update.  That's
22          all I have left.  I lost half my pictures and
23          everything through the night, so now it updated.
24                    SHERIFF POULIN:  When did it update?
25                    UNDERSHERIFF SANFORD:  It updated, but you
```

2443-D

```
 1        have November 9th on there?

 2                   LORI HEETHIUS:  Uh-huh.

 3                   UNDERSHERIFF SANFORD:  So it kept November

 4        9th, but it got rid of April 17?

 5                   LORI HEETHIUS:  Yeah, and it kept some of

 6        my pictures and it deleted some of my pictures, and

 7        I'm not very happy about it.

 8                   UNDERSHERIFF SANFORD:  So when did the

 9        update happen?

10                   LORI HEETHIUS:  Yeah, yesterday, it was the

11        night of Sunday.

12                   UNDERSHERIFF SANFORD:  So you updated it on

13        Sunday --

14                   LORI HEETHIUS:  I didn't update it.  The

15        machine did it.

16                   UNDERSHERIFF SANFORD:  Wait, wait.  What

17        kind of phone is that?

18                   LORI HEETHIUS:  This is a Galaxy 6.

19                   UNDERSHERIFF SANFORD:  A Galaxy 6?

20                   LORI HEETHIUS:  Or Galaxy 8, I mean 8.

21                   UNDERSHERIFF SANFORD:  And what update did

22        you go to?

23                   ED FOX:  Keep scrolling up.

24                   LORI HEETHIUS:  I didn't update anything.

25        It did it overnight.
```

Page 16

2444-D

```
 1                    UNDERSHERIFF SANFORD:  It does it
 2        automatically, you have it set that way?
 3                    LORI HEETHIUS:  Yeah, and then it says --
 4                    UNDERSHERIFF SANFORD:  Do you know what the
 5        update was, what the number was?
 6                    LORI HEETHIUS:  No, I don't.
 7                    UNDERSHERIFF SANFORD:  You should be able
 8        to find that out.
 9                    LORI HEETHIUS:  I will have my husband look
10        tonight.
11                    SHERIFF POULIN:  Okay.  So the update
12        happened Sunday night?
13                    LORI HEETHIUS:  Yeah.
14                    SHERIFF POULIN:  Okay.  When you were asked
15        the first time to check your phone, why -- why didn't
16        we get it then?
17                    LORI HEETHIUS:  He -- he didn't ask me to
18        check my phone.
19                    SHERIFF POULIN:  You weren't asked to check
20        your phone and contact the captain?
21                    LORI HEETHIUS:  I got an e-mail yesterday
22        morning that -- it must have been late, and I didn't
23        get a chance to get on, and it said that if I -- per
24        our agreement, you know, I gave you this so it may jog
25        your memory.  If you know the person's name you spoke
```

Page 17

2445-D

```
1        with, but I believe I told him in that second meeting

2        that the other one would have to be Steven Drew.

3                  UNDERSHERIFF SANFORD:  But I think similar

4        to what you were doing when you first got in here, you

5        believed or you recalled that it was.  He was asking

6        you to confirm that through your phone, which is why

7        you said you didn't have your phone that day, because

8        you ran out of the house and forgot it.  So you

9        weren't able to look it up at that time?

10                 LORI HEETHIUS:  I explained in the

11       Loudermill meeting that I grabbed my husband's because

12       we have the same phone, the same case, and I grabbed

13       his, so I didn't have mine.  I didn't know I had to

14       describe what -- why or anything.

15                 UNDERSHERIFF SANFORD:  Okay.  No, that's

16       fine.

17                 Anything else?

18                 ED FOX:  I think we are done.  Are you

19       done?  Any other questions?

20                 This arose from a dispute between two

21       employees, the whole situation, didn't it?

22                 LORI HEETHIUS:  Yeah.  They said that it

23       wasn't relevant, though.

24                 UNDERSHERIFF SANFORD:  Well, she was

25       explaining why she was stating the statement she was
```

Page 18

2446-D

HEETHUIS AUDIO TRANSCRIPTION #5, 2-8-2021

1       making on the phone, I think, is what she was doing.

2       I'm not going to put words in her mouth, but --

3                   ED FOX:  I'm not putting words in her mouth

4       either, but it would be good to know that she was told

5       in the -- in the -- I can't remember if it was the

6       first or the second Loudermill, she was asked what

7       about my complaint against the other officer, deputy.

8                   SHERIFF POULIN:  Uh-huh.

9                   ED FOX:  The captain told her report it

10      through her supervisor, which she did.  Is there any

11      status on that?  Have you heard of any --

12                  SHERIFF POULIN:  Are you asking for the

13      status of a complaint from one employee to another?

14                  ED FOX:  Yeah, I mean hers.

15                  SHERIFF POULIN:  I can follow up with that

16      with you, absolutely.

17                  ED FOX:  Okay.

18                  LORI HEETHIUS:  I went to the lieutenant

19      the next day, just so you know.  I went to Stephens

20      then --

21                  ED FOX:  Yeah, you said you went through

22      the process.

23                  LORI HEETHIUS:  -- and then the lieutenant,

24      and the lieutenant talked to Deputy Stephenson, and I

25      asked him the other day where it was at, and he said

Page 19

2447-D

1       you guys are just going to have to get along, and I

2       said, no, it doesn't work like this.

3                    ED FOX:  That's okay.  I just want to know

4       what the status was.

5                    LORI HEETHIUS:  I mean, I'm fine with it.

6                    ED FOX:  Okay.

7                    UNDERSHERIFF SANFORD:  All right.  We will

8       be in touch.

9                    LORI HEETHIUS:  Thank you.

10                   (Meeting ended).

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 20

2448-D

HEETHUIS AUDIO TRANSCRIPTION #5, 2-8-2021

```
 1                 CERTIFICATE OF TRANSCRIPTION

 2

 3    STATE OF MICHIGAN )

 4                     ) SS

 5    COUNTY OF WAYNE )

 6

 7                    I hereby certify that I transcribed the

 8          foregoing audio at the time and place hereinbefore set

 9          forth; that thereafter the same was reduced to

10          computer transcription under my supervision; and that

11          this is a full, true, complete and correct

12          transcription of said audio to the best of my ability.

13

14

15

16

17

18

19

20

21                    Sharon Bayerl, CSR-3406,

22                    Notary Public

23                    Wayne County, Michigan

24    My Commission expires:  June 9, 2025

25
```

Page 21

2449-D