# EXHIBIT 3



# N1D M E M O

**February 22, 2021**

| Case Information | |
|---|---|
| **N1D Case #:** | 20-1415 |
| **N1D Case Name:** | Lori Lynn Heethuis Matter |
| **Client Name:** | County of Muskegon |
| **Client Counsel:** | Melanie Hesano  (Rosati Schultz Joppich & Amtsbuechler, PC) |

| Subject |
|---|
| Summary of Events at Drew, Cooper, & Anding During Onsite Forensic Imaging on 2/15/2021 |

| Background |
|---|
| N1 Discovery ("N1D") was retained by The County of Muskegon ("Client") through their legal counsel Rosati, Schultz, Joppich, & Amtsbuechler, PC to perform an on-site collection of devices belonging to Lori Lynn Heethuis and Damon Heethuis ("Custodians"), per a court order in the matter Lori Lynn Heethuis v. County of Muskegon; and, Ryan Boike.<br><br>On February 15, 2021, N1D forensic consultant Jeremy Dinsmore traveled to the offices of Drew, Cooper, & Anding (Aldrich Place, Suite 200, 80 Ottawa Avenue NW, Grand Rapids, Michigan) to forensically collect and preserve the Custodians' personal Samsung Galaxy S8 cell phones. N1D was also asked to collect any cloud backup account(s) associated with the Custodians' cell phones. |

| Onsite Events - J. Dinsmore Description |
|---|
| **Intake and Receipt of Devices**<br>At approximately 10:15 A.M. on February 15, 2021, I arrived at Drew, Cooper, & Anding.  Shortly afterwards, I met with attorney Mr. Steven Drew and Custodians in a conference room.  Before I took custody of either cell phone, Mrs. Heethuis told me that her phone was not working and that the phone kept restarting.  She showed me the receipt from Genius Phone Repair that was dated 2-12-2021, (see **Figure 1** below).  The receipt included a note at the bottom which said "Complete software failure. No repair possible at this point." She then provided me with the device; I took custody of her Samsung Galaxy S8 at 10:27 A.M.   I then asked both Custodians for credentials to their cloud backup storage accounts associated with the devices.  Mr. Heethuis provided me with three (3) separate pieces of paper and explained that he thought that the written username and passwords were correct for each account.  He then provided me with his device; I took custody of his Samsung Galaxy S8 at 10:35 A.M. |



**Forensic Imaging of One Device and Attempted Forensic Imaging of Second Device**

The Custodians departed the conference room, at which time, I attempted to diagnose the issue with Mrs. Heethuis's cell phone so that it could be forensically imaged.  There was a light blinking on the front of the device, and it vibrated upon touching the side buttons.  I attempted to power on the phone, but it would not power on.  I then plugged in the cell phone with the charger that Custodian provided.  When I plugged it in, the phone screen turned on showing 0% battery, indicating that the battery was not charged, therefore I left it connected to the charger.  I then began forensically imaging Mr. Heethuis's Samsung Galaxy S8.

Once the forensic imaging of Mr. Heethuis's device had completed, I noticed Mrs. Heethuis's cell phone screen showed that the device was at approximately 9% battery.  At that point, I pressed the power button again.  Immediately, I noticed "Samsung Galaxy S8 Powered by Android", which is indicative of the startup protocol for an Android device.  After a few seconds, an "Xfinity" logo appeared on the screen.  A few seconds after that, the screen went dark, and then "Samsung Galaxy S8 Powered by Android" appeared on the screen again, followed by the "Xfinity" logo a few seconds later.  Periodically, after the "Xfinity" logo disappeared, a new display appeared showing "Phone is starting… Optimizing app 1 of 380" (see **Figure 2** for picture of the device screen).  The first number would increase until it reached "380 of 380", and then the cell phone would revert to the "Samsung Galaxy S8 Powered by Android" screen and start the boot loop process over again.  The phone went through the boot loop process for approximately an hour, and the phone became increasingly warm, so I powered the phone down.  After a few minutes I rebooted the device, but it still would not successfully boot.  I then turned off the phone and did not attempt to turn it on again.

**Forensic Collection of One Cloud Storage Account and Attempted Forensic Collection of Second Cloud Storage Account**

The account credentials provided by Mr. Heethuis on the pieces of paper were identified as:

- dheethuis85@comcast.net
- heethuis1955@gmail.com
- lorilynn7381@gmail.com

At approximately 12:30 P.M., another N1D forensic technician forensically preserved Mr. Heethuis's Google Cloud backup account (associated with email address *heethuis1955@gmail.com*).  N1D then attempted to image Mrs. Heethuis's Google Cloud Backup account (associated with email address *lorilynn7381@gmail.com*).  None of the passwords provided allowed access to Mrs. Heethuis's Google Cloud backup account.

N1D then attempted to do a password reset on the account.  N1D attempted to reset her password through her recovery email "lov**********@gmail.com", as shown in Gmail.  I went to the nearby conference room and asked Mrs. Heethuis about this email account, which she identified to be "lovelilacs1965@gmail.com".  N1D attempted to access the "lovelilacs1965@gmail.com" account, but none of the passwords she provided were correct. N1D then suggested a password reset, which the Client authorized.

N1D therefore attempted to do a password reset on the "lovelilacs1965@gmail.com" account.  Since access to her cell phone's two-factor code was not possible, the other option for this account was to answer a security question.  The security question was "What was your first phone number?".  I asked Mrs. Heethuis, who provided me with a phone number to enter.  A Google Account Recovery screen then displayed the message that "We need some time to review your request. Enter an email address where we can contact you



later." Because Mrs. Heethuis did not have access to any of her email accounts, the Custodians agreed to allow N1D to enter Mr. Heethuis's email address. Google sent a two-factor authentication code to Mr. Heethuis's email address. N1D entered that two-factor code but received a message saying in part "Unfortunately Google couldn't verify that lovelilacs1965@gmail.com belongs to you" (see **Figure 3**), so N1D was still unable to access the "lovelilacs1965@gmail.com" email account or the associated Google Cloud backup, and therefore it was not forensically collected.

### Forensic Imaging of SIM Cards

I called Counsel for County of Muskegon to update her on the forensic imaging progress, at which time she requested that I forensically image the SIM cards from each of the custodian's phones. After imaging was completed of the SIM cards, they were placed back into the phones. I returned the cell phones to the Custodians a few minutes later.

### Additional Information from Custodians

I sat down with Mr. Drew and Mrs. Heethuis in a conference room to gather additional details about what occurred recently with her cell phone. Mrs. Heethuis indicated that on Thursday, 2/11/2021, she was on Facebook on her phone. While on Facebook, the screen went black and the phone turned off. She then turned the phone back on and experienced a boot loop for the first time. (The boot loop stages that she described to me are the same stages that I encountered when I had attempted to boot the cell phone.) The next day, 2/12/2021, she charged the cell phone to about 6% before taking it to Xfinity. Xfinity could not get the phone to shut off and told her they would have to send it out to see if anything could be done. They recommended that she take the phone to Genius Phone Repair to see if they could fix it. She then took her cell phone to Genius Phone Repair and left it with them to service the phone. Mr. Heethuis picked up the phone later that same day. Genius Phone Repair explained that they had inserted a new battery to see if that would allow the phone to boot properly, but it did not, so they returned the original battery to the phone and indicated that they could not fix it. Mrs. Heethuis also mentioned that the cell phone had shut off unexpectedly a few times in the weeks prior, but the cell phone had powered back on with no issues, so she thought it was a temporary glitch.



### Figure 1 – Genius Phone Repair Receipt





**Figure 2 – Lori Heethuis's Samsung Galaxy S8 - "Phone is starting… Optimizing app" Screen**





**Figure 3 – Lori Heethuis's Email (lovelilacs1965@gmail.com) Password Recovery Attempt**

