# EXHIBIT 4

# Melanie Hesano

| | |
|---|---|
| **From:** | Cary Wilson <Cary.Wilson@n1discovery.com> |
| **Sent:** | Thursday, February 18, 2021 12:34 PM |
| **To:** | Laura Amtsbuechler; Melanie Hesano |
| **Cc:** | Scott Bailey; Thomas Murphy; Jeremy Dinsmore |
| **Subject:** | 20-1415 -- Heethuis v Muskegon County |

Laura & Melanie,

I just wanted to follow up and convey the response we received from Cellebrite Advanced Services regarding the phone recovery. They are unable to assist in recovering the phone from the "boot loop", and would need it in a functioning state in order to forensically collect it (much like N1D). As discussed, N1D could attempt to recover the phone from the "boot loop", understanding that we cannot guarantee it would be successful, and that there is a chance for data loss.

Let me know if you have any questions.

Thanks,

**Cary Wilson**
Digital Forensic Project Manager
N1 DISCOVERY

1450 W. Long Lake Road, Suite 230
Troy, MI 48098

248.498.4130  main
cary.wilson@n1discovery.com
www.n1discovery.com

1