# EXHIBIT 5

**Melanie Hesano**

| | |
|---|---|
| **From:** | Laura Amtsbuechler |
| **Sent:** | Monday, February 22, 2021 9:28 AM |
| **To:** | Steve Drew; Adam Sturdivant |
| **Cc:** | Melanie Hesano; Carla Jo Compton; Julie Doll; Kathryn Boyd |
| **Subject:** | HEETHUIS |

Steve,

I do not want to delay the phone recovery and search of your client's cloud.
Please let me know if we can make arrangements to have the phones shipped to the experts
and get the log in information for the cloud to them as well.

Laura



**Laura S. Amtsbuechler**
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
P 248.489.4100 | F 248.489.1726
Email: lamtsbuechler@rsjalaw.com
Website: rsjalaw.com

**ROSATI | SCHULTZ**
**JOPPICH | AMTSBUECHLER**

The information contained in this communication is intended for the use of the recipient named above and contains confidential and legally-privileged information. If the reader of this communication is not the intended recipient, do not read, copy, disseminate or distribute it. You are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. If you need any additional information, please contact the sender at 248.489.4100. Thank you.

**Melanie Hesano**

| | |
|---|---|
| **From:** | Laura Amtsbuechler |
| **Sent:** | Friday, February 19, 2021 10:14 AM |
| **To:** | Steve Drew; Melanie Hesano |
| **Cc:** | Adam Sturdivant; Julie Doll; Kathryn Boyd; Carla Jo Compton |
| **Subject:** | RE: 20-1415 -- Heethuis v Muskegon County |

She has the ability to get it in the way that Mr. Dinsmore explained and she has the obligation to do so.

**From:** Steve Drew <sdrew@dca-lawyers.com>
**Sent:** Friday, February 19, 2021 10:05 AM
**To:** Melanie Hesano <mhesano@rsjalaw.com>; Laura Amtsbuechler <lamtsbuechler@rsjalaw.com>
**Cc:** Adam Sturdivant <asturdivant@dca-lawyers.com>; Julie Doll <jdoll@rsjalaw.com>; Kathryn Boyd <kboyd@dca-lawyers.com>; Carla Jo Compton <ccompton@dca-lawyers.com>
**Subject:** RE: 20-1415 -- Heethuis v Muskegon County

As I remember she told Dinsmore that she did not write it down as it was in her phone and thought she could get it there.

**Stephen R. Drew, Attorney**
**DREW COOPER & ANDING**
616-454-8300 (office)
616-666-7581 (direct)
616-454-0036 (fax)
80 OTTAWA AVE NW, Suite 200
GRAND RAPIDS MI 49503
Email: sdrew@dca-lawyers.com
Web:   https://dca-lawyers.com



**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY/CLIENT COMMUNICATION - ATTORNEY WORK PRODUCT**
<u>NOTICE:</u> This electronic message contains information from the law firm of **DREW, COOPER & ANDING** that may be privileged.
The information is for the use of the intended recipient only. If you are not the intended recipient, please advise the sender that you received this message in error. Please note that any disclosure, copy, distribution or use of the contents of this message is prohibited.

**From:** Melanie Hesano <mhesano@rsjalaw.com>
**Sent:** Thursday, February 18, 2021 3:08 PM
**To:** Steve Drew <sdrew@dca-lawyers.com>; Laura Amtsbuechler <lamtsbuechler@rsjalaw.com>
**Cc:** Adam Sturdivant <asturdivant@dca-lawyers.com>; Julie Doll <jdoll@rsjalaw.com>; Kathryn Boyd <kboyd@dca-

lawyers.com>; Carla Jo Compton <ccompton@dca-lawyers.com>
**Subject:** RE: 20-1415 -- Heethuis v Muskegon County

Damon provided Mr. Dinsmore his cloud login credentials and Mr. Dinsmore verified that the login credentials were accurate. As for Damon's cloud information, we are all set.

As for Lori's cloud login credentials, you are correct. Mr. Dinsmore informed me that they were unsuccessful in retrieving Plaintiff's cloud information when they attempted to reset it from Damon's e-mail. Has Lori been able to remember her password? Does she have it written down anywhere? Has she tried calling Google to reset her password?

---

**From:** Steve Drew <sdrew@dca-lawyers.com>
**Sent:** Thursday, February 18, 2021 3:00 PM
**To:** Laura Amtsbuechler <lamtsbuechler@rsjalaw.com>
**Cc:** Melanie Hesano <mhesano@rsjalaw.com>; Adam Sturdivant <asturdivant@dca-lawyers.com>; Julie Doll <jdoll@rsjalaw.com>; Kathryn Boyd <kboyd@dca-lawyers.com>; Carla Jo Compton <ccompton@dca-lawyers.com>
**Subject:** RE: 20-1415 -- Heethuis v Muskegon County

As I understand it they did do a new password when they were here with the expert and sent it to Damon's email and it still would not allow it to go to the cloud because it had to go to a working o=phone. I will check but I am not sure what you mean by the password. You may want to clarify that with him. If it is the one they used at the end of the meeting then I think it is still good and hasn't been changed but will check. If there is a new one that they will be getting I will tell them to save it. Do you need the phone then?

## Stephen R. Drew, Attorney
**DREW COOPER & ANDING**
616-454-8300 (office)
616-666-7581 (direct)
616-454-0036 (fax)
80 OTTAWA AVE NW, Suite 200
GRAND RAPIDS MI 49503
Email:  sdrew@dca-lawyers.com
Web:   https://dca-lawyers.com

 

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY/CLIENT COMMUNICATION - ATTORNEY WORK PRODUCT**
**NOTICE:** This electronic message contains information from the law firm of **DREW, COOPER & ANDING** that may be privileged.
The information is for the use of the intended recipient only. If you are not the intended recipient, please advise the sender that you received this message in error. Please note that any disclosure, copy, distribution or use of the contents of this message is prohibited.

---

**From:** Laura Amtsbuechler <lamtsbuechler@rsjalaw.com>
**Sent:** Thursday, February 18, 2021 2:24 PM
**To:** Steve Drew <sdrew@dca-lawyers.com>
**Cc:** Melanie Hesano <mhesano@rsjalaw.com>; Adam Sturdivant <asturdivant@dca-lawyers.com>; Julie Doll

<jdoll@rsjalaw.com>; Kathryn Boyd <kboyd@dca-lawyers.com>; Carla Jo Compton <ccompton@dca-lawyers.com>
**Subject:** RE: 20-1415 -- Heethuis v Muskegon County

PS. By the way, please remind your client that the password info for the cloud is still needed when she gets it. My understanding is that she and or her husband will be getting an email from Google to reset it.

**From:** Steve Drew <sdrew@dca-lawyers.com>
**Sent:** Thursday, February 18, 2021 2:17 PM
**To:** Laura Amtsbuechler <lamtsbuechler@rsjalaw.com>
**Cc:** Melanie Hesano <mhesano@rsjalaw.com>; Adam Sturdivant <asturdivant@dca-lawyers.com>; Julie Doll <jdoll@rsjalaw.com>; Kathryn Boyd <kboyd@dca-lawyers.com>; Carla Jo Compton <ccompton@dca-lawyers.com>
**Subject:** RE: 20-1415 -- Heethuis v Muskegon County

What is required? It sounds like you need the phone, which may not be a problem since it is not working and we will have to get it to you? What does it mean that data may be lost? There is data on the chip that I think you did retrieve and it sounds like there a chance that the data on the chip will be lost with this process and if so can your guy get their data back to them since he copied the chip?

**Stephen R. Drew, Attorney**
**DREW COOPER & ANDING**
616-454-8300 (office)
616-666-7581 (direct)
616-454-0036 (fax)
80 OTTAWA AVE NW, Suite 200
GRAND RAPIDS MI 49503
Email:  sdrew@dca-lawyers.com
Web:   https://dca-lawyers.com



**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY/CLIENT COMMUNICATION - ATTORNEY WORK PRODUCT**
**NOTICE:** This electronic message contains information from the law firm of **DREW, COOPER & ANDING** that may be privileged.
The information is for the use of the intended recipient only. If you are not the intended recipient, please advise the sender that you received this message in error. Please note that any disclosure, copy, distribution or use of the contents of this message is prohibited.

**From:** Laura Amtsbuechler <lamtsbuechler@rsjalaw.com>
**Sent:** Thursday, February 18, 2021 1:11 PM
**To:** Steve Drew <sdrew@dca-lawyers.com>
**Cc:** Melanie Hesano <mhesano@rsjalaw.com>; Adam Sturdivant <asturdivant@dca-lawyers.com>; Julie Doll <jdoll@rsjalaw.com>; Kathryn Boyd <kboyd@dca-lawyers.com>; Carla Jo Compton <ccompton@dca-lawyers.com>
**Subject:** FW: 20-1415 -- Heethuis v Muskegon County

Steve,

Please see the information obtained from N1D below. I would like to have them try to recover the data. It would be less costly to have them do it at their facility. Please let me know your thoughts.

Laura

**From:** Cary Wilson <
**Sent:** Thursday, February 18, 2021 12:34 PM
**To:** Laura Amtsbuechler <lamtsbuechler@rsjalaw.com>; Melanie Hesano <mhesano@rsjalaw.com>
**Subject:** 20-1415 -- Heethuis v Muskegon County

Laura & Melanie,

I just wanted to follow up and convey the response we received from Cellebrite Advanced Services regarding the phone recovery. They are unable to assist in recovering the phone from the "boot loop", and would need it in a functioning state in order to forensically collect it (much like N1D). As discussed, N1D could attempt to recover the phone from the "boot loop", understanding that we cannot guarantee it would be successful, and that there is a chance for data loss.

Let me know if you have any questions.

Thanks,

**Cary Wilson**
Digital Forensic Project Manager
N1 DISCOVERY

1450 W. Long Lake Road, Suite 230
Troy, MI 48098

248.498.4130 main
cary.wilson@n1discovery.com
www.n1discovery.com