# EXHIBIT 6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI LYNN HEETHUIS,

    Plaintiff,

-vs-

COUNTY OF MUSKEGON; and,
RYAN BOIKE, Individually,

    Defendants.
_____/

Case No. 1:19-cv-00940

HON:  PAUL L. MALONEY

| | |
|---|---|
| STEPHEN R. DREW (24323) | ROSATI SCHULTZ JOPPICH |
| ADAM C. STURDIVANT (P72285) | & AMTSBUECHLER PC |
| DREW, COOPER & ANDING | LAURA S. AMTSBUECHLER |
| Attorneys for Plaintiff | (P36972) |
| 80 Ottawa Avenue, NW, Suite 200 | MELANIE M. HESANO (P82519) |
| Grand Rapids, MI 49503 | Attorneys for Defendants |
| (616) 454-8300 | 27555 Executive Drive, Suite 250 |
| sdrew@dca-lawyers.com | Farmington Hills, MI 48331 |
| asturdivant@dca-lawyers.com | (248) 489-4100 |
| | lamtsbuechler@rsjalaw.com |
| | mhesano@rsjalaw.com |

_____/

**DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF**

    Defendants, County of Muskegon and Ryan Boike, through their attorneys, ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, P.C., pursuant to Fed. R. Civ. P. 34, submits its Second Request for Production to Plaintiff:

1. Produce itemized cell phone bills/records for the phone number (231) 457-3661 from January 1, 2019 through May 15, 2019.

**Response:**


2. Produce the "file" about which Plaintiff testified at her deposition that she allegedly copied and which she believes to contain information placed in this file by Nate Stephenson.

**Response:**

        ROSATI, SCHULTZ, JOPPICH
        & AMTSBUECHLER, P.C.

        /s/ Melanie M. Hesano
        Laura S. Amtsbuechler (P36972)
        Melanie M. Hesano (P82519)
        Attorneys for Defendant
        27555 Executive Drive, Suite 250
        Farmington Hills, MI 48331
        (248) 489-4100

Dated:     September 30, 2020

### PROOF OF SERVICE

The undersigned certifies that the foregoing was served upon all parties to the above cause to each of the attorneys/parties of record herein at their respective addresses disclosed on the pleadings on 9/30/20.

BY: ☐ U.S. Mail ☐ Telefacsimile
☐ Hand Delivered ☐ Overnight courier
☐ Federal Express ☒ Other: E-mail

Signature: *Julie Doll*

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE AND FOREGOING ANSWERS ARE TRUE, COMPLETE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

_____
LORI HEETHUIS

Subscribed and sworn before me this _____ day of _____ , 2020

_____
Notary Public
My Commission Expires: _____