# EXHIBIT 7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI LYNN HEETHUIS,                          Case No. 1:19-cv-940

     Plaintiff,                              HON. PAUL L. MALONEY

v.

COUNTY OF MUSKEGON; and,
RYAN BOIKE, Individually,

     Defendants.

_____/

| | |
|---|---|
| Stephen R. Drew (P24323) | Laura S. Amtsbuechler (P36972) |
| Adam C. Sturdivant (P72285) | Melanie M. Hesano (P82519) |
| DREW COOPER & ANDING | ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 80 Ottawa Avenue NW, Suite 200 | 27555 Executive Drive, Suite 250 |
| Grand Rapids, Michigan 49503-2648 | Farmington Hills, Michigan 48331 |
| Phone: (616) 454-8300 | Phone: (248) 489-4100 |
| E-mail: sdrew@dca-lawyers.com | E-mail: lamtsbuechler@rsjalaw.com |
| E-mail: asturdivant@dca-lawyers.com | E-mail: mhesano@rsjalaw.com |

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS'
## SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

     Plaintiff, Lori Heethuis, by her attorneys, DREW COOPER & ANDING, provides the following response to Defendants' Second Request for Production of Documents.  Plaintiff reserves the right to supplement this response as additional information becomes available.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1.      Produce itemized cell phone bills/records for the phone number (231) 457-3661

from January 1, 2019 through May 15, 2019.

**RESPONSE:**

**Objection. Plaintiff objects to Request No. 1 to the extent that it is overly broad.**

**Without waiving the above objection, Plaintiff refers Defendants to Exhibit 9 (Comcast Call Detail Log for Lori Heethuis' cell phone number (231) 457-3661), and Exhibit 10 (Comcast Call Detail Log for Damon Heethuis' cell phone number (231) 457-3669).  Plaintiff Lori Heethuis' call detail log received from Comcast is from March 24, 2019 to May 1, 2019. Damon Heethuis' call detail log received from Comcast is provided for the dates of March 24, 2019 and April 17, 2019.  Plaintiff is sending Damon Heethuis' call log to show that the recorded call Plaintiff Lori Heethuis made to her husband on March 24, 2019 was actually made at 5:08 p.m.  Plaintiff believes the 9:08 p.m. entry on her call detail log for March 24, 2019 is an error.**

**Plaintiff reserves the right to supplement her response, as discovery is ongoing.**


2.      Produce the "file" about which Plaintiff testified at her deposition that she allegedly

copied and which she believes to contain information placed in this file by Nate Stephenson.

**RESPONSE:**

**Plaintiff's personnel files that she received from Defendant and dropped off are attached as Exhibits 11 and 12.**


Dated: November 2, 2020                    By: _____
                                                Stephen R. Drew (P24323)
                                                Adam C. Sturdivant (P72285)
                                                DREW COOPER & ANDING
                                                Attorneys for Plaintiff
                                                80 Ottawa Avenue NW, Suite 200
                                                Grand Rapids, Michigan 49503
                                                Phone: (616) 454-8300
                                                E-mail: sdrew@dca-lawyers.com
                                                E-mail: asturdivant@dca-lawyers.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI LYNN HEETHUIS,                              Case No. 1:19-cv-940

     Plaintiff,                                  HON. PAUL L. MALONEY

v.

COUNTY OF MUSKEGON; and,
RYAN BOIKE, Individually,

     Defendants.
_____/

| | |
|---|---|
| Stephen R. Drew (P24323) | Laura S. Amtsbuechler (P36972) |
| Adam C. Sturdivant (P72285) | Melanie M. Hesano (P82519) |
| DREW COOPER & ANDING | ROSATI, SCHULTZ, JOPPICH & |
| Attorneys for Plaintiff | AMTSBUECHLER |
| 80 Ottawa Avenue NW, Suite 200 | Attorneys for Defendants |
| Grand Rapids, Michigan 49503-2648 | 27555 Executive Drive, Suite 250 |
| Phone: (616) 454-8300 | Farmington Hills, Michigan 48331 |
| E-mail: sdrew@dca-lawyers.com | Phone: (248) 489-4100 |
| E-mail: asturdivant@dca-lawyers.com | E-mail: lamtsbuechler@rsjalaw.com |
| | E-mail: mhesano@rsjalaw.com |

_____/

## **CERTIFICATE OF SERVICE**

     I, Stephen R. Drew, certify that I am an attorney with the law firm of DREW COOPER & ANDING, and on November 2, 2020, **Plaintiff's Response to Defendants' Second Request for Production of Documents** was served via *Electronic Mail* on counsel for Defendants at the email addresses listed above.

     I declare the above information is true to the best of my knowledge, information, and belief.

Dated:  November 2, 2020               By:   /s/ Stephen R. Drew
                                     Stephen R. Drew (P24323)
                                     DREW COOPER & ANDING
                                     Attorneys for Plaintiff
                                     80 Ottawa Avenue NW, Suite 200
                                     Grand Rapids, Michigan 49503
                                     Phone: (616) 454-8300
                                     E-mail: sdrew@dca-lawyers.com

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|---|---|---|---|---|---|---|
| 20190324 | 100815 | -4 | 2314573669 | 2317246351 | 4 | I |
| 20190324 | 110128 | -4 | 2314573669 | 2317246331 | 1 | O |
| 20190324 | 110224 | -4 | 2314573669 | 2317246331 | 1 | O |
| 20190324 | 110501 | -4 | 2314573669 | 2317246351 | 1 | I |
| 20190324 | 112042 | -4 | 2314573669 | 8004802265 | 1 | O |
| 20190324 | 123626 | -4 | 2314573669 | 2317883806 | 9 | I |
| 20190324 | 170816 | -4 | 2314573669 | 2314573661 | 8 | I |
| 20190324 | 184814 | -4 | 2314573669 | 2314573661 | 2 | O |
| 20190325 | | | | | | |
| 20190325 | | | | | | |
| 20190325 | | | | | | |
| 20190325 | | | | | | |
| 20190325 | | | | | | |
| 20190325 | | | | | | |
| 20190325 | | | | | | |
| 20190325 | | | | | | |
| 20190326 | | | | | | |
| 20190326 | | | | | | |
| 20190326 | | | | | | |
| 20190326 | | | | | | |
| 20190326 | | | | | | |
| 20190326 | | | | | | |
| 20190326 | | | | | | |
| 20190327 | | | | | | |
| 20190327 | | | | | | |
| 20190327 | | | | | | |
| 20190327 | | | | | | |
| 20190327 | | | | | | |
| 20190328 | | | | | | |
| 20190329 | | | | | | |
| 20190329 | | | | | | |
| 20190329 | | | | | | |
| 20190330 | | | | | | |
| 20190330 | | | | | | |

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|---|---|---|---|---|---|---|
| 20190330 | | | | | | |
| 20190330 | | | | | | |
| 20190330 | | | | | | |
| 20190331 | | | | | | |
| 20190331 | | | | | | |
| 20190331 | | | | | | |
| 20190401 | | | | | | |
| 20190401 | | | | | | |
| 20190401 | | | | | | |
| 20190402 | | | | | | |
| 20190402 | | | | | | |
| 20190403 | | | | | | |
| 20190403 | | | | | | |
| 20190404 | | | | | | |
| 20190404 | | | | | | |
| 20190404 | | | | | | |
| 20190404 | | | | | | |
| 20190404 | | | | | | |
| 20190405 | | | | | | |
| 20190405 | | | | | | |
| 20190405 | | | | | | |
| 20190405 | | | | | | |
| 20190405 | | | | | | |
| 20190405 | | | | | | |
| 20190405 | | | | | | |
| 20190405 | | | | | | |
| 20190405 | | | | | | |
| 20190406 | | | | | | |
| 20190406 | | | | | | |
| 20190406 | | | | | | |
| 20190406 | | | | | | |
| 20190407 | | | | | | |
| 20190407 | | | | | | |
| 20190407 | | | | | | |

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|---|---|---|---|---|---|---|
| 20190408 | | | | | | |
| 20190408 | | | | | | |
| 20190408 | | | | | | |
| 20190408 | | | | | | |
| 20190408 | | | | | | |
| 20190408 | | | | | | |
| 20190408 | | | | | | |
| 20190409 | | | | | | |
| 20190409 | | | | | | |
| 20190409 | | | | | | |
| 20190409 | | | | | | |
| 20190409 | | | | | | |
| 20190410 | | | | | | |
| 20190410 | | | | | | |
| 20190410 | | | | | | |
| 20190410 | | | | | | |
| 20190410 | | | | | | |
| 20190410 | | | | | | |
| 20190410 | | | | | | |
| 20190410 | | | | | | |
| 20190410 | | | | | | |
| 20190410 | | | | | | |
| 20190410 | | | | | | |
| 20190411 | | | | | | |
| 20190411 | | | | | | |
| 20190411 | | | | | | |
| 20190411 | | | | | | |
| 20190411 | | | | | | |
| 20190411 | | | | | | |
| 20190411 | | | | | | |
| 20190412 | | | | | | |
| 20190412 | | | | | | |
| 20190412 | | | | | | |
| 20190412 | | | | | | |

PLHEETHUISPROD390

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|---|---|---|---|---|---|---|
| 20190413 | | | | | | |
| 20190414 | | | | | | |
| 20190414 | | | | | | |
| 20190414 | | | | | | |
| 20190415 | | | | | | |
| 20190415 | | | | | | |
| 20190415 | | | | | | |
| 20190415 | | | | | | |
| 20190415 | | | | | | |
| 20190415 | | | | | | |
| 20190415 | | | | | | |
| 20190415 | | | | | | |
| 20190415 | | | | | | |
| 20190416 | | | | | | |
| 20190416 | | | | | | |
| 20190416 | | | | | | |
| 20190416 | | | | | | |
| 20190416 | | | | | | |
| 20190416 | | | | | | |
| 20190416 | | | | | | |
| 20190416 | | | | | | |
| 20190416 | | | | | | |
| 20190416 | | | | | | |
| 20190416 | | | | | | |
| 20190416 | | | | | | |
| 20190416 | | | | | | |
| 20190417 | 162427 | -4 | 2314573669 | 2314573661 | 6 | I |
| 20190418 | | | | | | |
| 20190418 | | | | | | |
| 20190418 | | | | | | |
| 20190418 | | | | | | |
| 20190419 | | | | | | |
| 20190419 | | | | | | |
| 20190419 | | | | | | |

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|-----------|-----------|----------|------------|-----------|-------------------------|-------------------------|
| 20190419 | | | | | | |
| 20190419 | | | | | | |
| 20190420 | | | | | | |
| 20190420 | | | | | | |
| 20190420 | | | | | | |
| 20190420 | | | | | | |
| 20190421 | | | | | | |
| 20190421 | | | | | | |
| 20190421 | | | | | | |
| 20190421 | | | | | | |
| 20190422 | | | | | | |
| 20190422 | | | | | | |
| 20190422 | | | | | | |
| 20190422 | | | | | | |
| 20190422 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190423 | | | | | | |
| 20190424 | | | | | | |

PLHEETHUISPROD392

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|-----------|-----------|----------|------------|-----------|-------------------------|-------------------------|
| 20190424 | | | | | | |
| 20190424 | | | | | | |
| 20190424 | | | | | | |
| 20190424 | | | | | | |
| 20190424 | | | | | | |
| 20190424 | | | | | | |
| 20190424 | | | | | | |
| 20190425 | | | | | | |
| 20190425 | | | | | | |
| 20190425 | | | | | | |
| 20190425 | | | | | | |
| 20190425 | | | | | | |
| 20190425 | | | | | | |
| 20190425 | | | | | | |
| 20190425 | | | | | | |
| 20190425 | | | | | | |
| 20190426 | | | | | | |
| 20190426 | | | | | | |
| 20190426 | | | | | | |
| 20190426 | | | | | | |
| 20190426 | | | | | | |
| 20190426 | | | | | | |
| 20190426 | | | | | | |
| 20190426 | | | | | | |
| 20190426 | | | | | | |
| 20190426 | | | | | | |
| 20190426 | | | | | | |
| 20190427 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |

PLHEETHUISPROD393

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|---|---|---|---|---|---|---|
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190429 | | | | | | |
| 20190430 | | | | | | |
| 20190430 | | | | | | |
| 20190430 | | | | | | |
| 20190501 | | | | | | |
| 20190501 | | | | | | |
| 20190501 | | | | | | |
| 20190501 | | | | | | |
| 20190501 | | | | | | |
| 20190501 | | | | | | |
| 20190501 | | | | | | |
| 20190501 | | | | | | |
| 20190501 | | | | | | |
| 20190501 | | | | | | |

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|-----------|-----------|----------|------------|-----------|-------------------------|-------------------------|
| 20190324 | 184814 | -4 | 2314573661 | 2314573669 | 2 | I |
| 20190324 | 204711 | 0 | 2314573661 | 2312159988 | 8 | O |
| 20190324 | 210816 | 0 | 2314573661 | 2314573669 | 8 | O |
| 20190325 | 162535 | -4 | 2314573661 | 2317600600 | 1 | O |
| 20190325 | 162912 | -4 | 2314573661 | 2317246308 | 3 | O |
| 20190325 | 163909 | -4 | 2314573661 | 2317600600 | 3 | O |
| 20190325 | 183645 | -4 | 2314573661 | 2314573669 | 3 | O |
| 20190326 | 123041 | -4 | 2314573661 | 2314573669 | 7 | O |
| 20190326 | 161648 | -4 | 2314573661 | 2317247175 | 2 | O |
| 20190326 | 161956 | -4 | 2314573661 | 2314573669 | 3 | O |
| 20190326 | 162330 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190326 | 162500 | -4 | 2314573661 | 2314573669 | 16 | O |
| 20190326 | 201635 | -4 | 2314573661 | 23176000100 | 2 | I |
| 20190326 | 215438 | -4 | 2314573661 | 2314573669 | 7 | O |
| 20190327 | 112714 | -4 | 2314573661 | 2312061718 | 2 | I |
| 20190327 | 112931 | -4 | 2314573661 | 2314573669 | 1 | O |
| 20190327 | 113032 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190327 | 114354 | -4 | 2314573661 | 2317993300 | 2 | O |
| 20190327 | 115239 | -4 | 2314573661 | 2314573669 | 12 | I |
| 20190327 | 121441 | -4 | 2314573661 | 2314573669 | 21 | I |
| 20190327 | 135153 | -4 | 2314573661 | 8007676377 | 12 | O |
| 20190327 | 145001 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190327 | 170645 | -4 | 2314573661 | 23176000100 | 47 | I |
| 20190327 | 200049 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190328 | 90014 | -4 | 2314573661 | 2317993300 | 3 | O |
| 20190328 | 180437 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190328 | 191038 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190329 | 101831 | -4 | 2314573661 | 2317993300 | 2 | O |
| 20190329 | 120532 | -4 | 2314573661 | 2317266355 | 1 | O |
| 20190329 | 154210 | -4 | 2314573661 | 2314573669 | 2 | O |
| 20190329 | 160548 | -4 | 2314573661 | 2317600600 | 1 | O |
| 20190329 | 160641 | -4 | 2314573661 | 2317696499 | 2 | O |
| 20190329 | 173306 | -4 | 2314573661 | 4042545961 | 1 | O |

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|---|---|---|---|---|---|---|
| 20190329 | 174858 | -4 | 2314573661 | 2317696499 | 10 | I |
| 20190329 | 213005 | -4 | 2314573661 | 2312150344 | 26 | O |
| 20190330 | 113118 | -4 | 2314573661 | 2317266355 | 4 | O |
| 20190330 | 120810 | -4 | 2314573661 | 8777047338 | 2 | O |
| 20190330 | 155957 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190330 | 162503 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190330 | 175517 | -4 | 2314573661 | 2317600600 | 7 | O |
| 20190331 | 161728 | -4 | 2314573661 | 2317246308 | 1 | O |
| 20190331 | 162436 | -4 | 2314573661 | 2314573669 | 10 | O |
| 20190331 | 220830 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190401 | 134923 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190401 | 162016 | -4 | 2314573661 | 2314573669 | 5 | O |
| 20190401 | 162513 | -4 | 2314573661 | 2317600600 | 2 | O |
| 20190402 | 115342 | -4 | 2314573661 | 2317558214 | 3 | O |
| 20190402 | 162258 | -4 | 2314573661 | 2314573669 | 8 | O |
| 20190403 | 11347 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190403 | 62452 | -4 | 2314573661 | 2317246351 | 1 | O |
| 20190404 | 161755 | -4 | 2314573661 | 2317199200 | 4 | O |
| 20190404 | 164923 | -4 | 2314573661 | 2313758660 | 9 | I |
| 20190404 | 180519 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190405 | 110824 | -4 | 2314573661 | 4042545961 | 2 | O |
| 20190405 | 111844 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190405 | 111931 | -4 | 2314573661 | 2317600600 | 2 | O |
| 20190405 | 112232 | -4 | 2314573661 | 2314573669 | 1 | O |
| 20190405 | 121531 | -4 | 2314573661 | 2317600600 | 2 | O |
| 20190405 | 122256 | -4 | 2314573661 | 2316724663 | 2 | O |
| 20190405 | 122431 | -4 | 2314573661 | 2316724663 | 4 | O |
| 20190405 | 123512 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190405 | 131220 | -4 | 2314573661 | 2314573669 | 2 | I |
| 20190405 | 132504 | -4 | 2314573661 | 2317199200 | 2 | O |
| 20190405 | 143338 | -4 | 2314573661 | 2317600600 | 2 | O |
| 20190405 | 161146 | -4 | 2314573661 | 6164853055 | 5 | O |
| 20190405 | 163403 | 0 | 2314573661 | 2317378446 | 6 | O |

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|---|---|---|---|---|---|---|
| 20190405 | 172802 | -4 | 2314573661 | 2314573669 | 6 | O |
| 20190405 | 174039 | -4 | 2314573661 | 2317600600 | 3 | O |
| 20190406 | 130043 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190406 | 132831 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190406 | 141218 | -4 | 2314573661 | 2314573669 | 2 | O |
| 20190406 | 162047 | -4 | 2314573661 | 2314573669 | 2 | I |
| 20190406 | 172248 | -4 | 2314573661 | 2317444718 | 2 | O |
| 20190406 | 183939 | -4 | 2314573661 | 2319031415 | 3 | I |
| 20190406 | 203910 | -4 | 2314573661 | 2317600600 | 15 | O |
| 20190407 | 62448 | -4 | 2314573661 | 2314573669 | 2 | O |
| 20190407 | 184953 | -4 | 2314573661 | 23176000100 | 2 | I |
| 20190408 | 94405 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190408 | 150512 | 0 | 2314573661 | 2317444718 | 1 | I |
| 20190408 | 155854 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190408 | 164944 | -4 | 2314573661 | 2314573669 | 1 | O |
| 20190409 | 20410 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190409 | 160545 | -4 | 2314573661 | 2314573669 | 8 | O |
| 20190409 | 165446 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190409 | 171517 | -4 | 2314573661 | 3193455508 | 1 | I |
| 20190409 | 213812 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190410 | 151658 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190410 | 160345 | -4 | 2314573661 | 2314573669 | 2 | O |
| 20190410 | 162533 | -4 | 2314573661 | 2312159988 | 18 | O |
| 20190410 | 185020 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190410 | 192221 | -4 | 2314573661 | 2314573669 | 13 | O |
| 20190410 | 194337 | -4 | 2314573661 | 6164853055 | 3 | O |
| 20190410 | 200035 | -4 | 2314573661 | 6164853055 | 16 | I |
| 20190411 | 95350 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190411 | 161613 | -4 | 2314573661 | 2317600600 | 23 | O |
| 20190411 | 164153 | -4 | 2314573661 | 2314573669 | 2 | I |
| 20190411 | 182327 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190412 | 112354 | -4 | 2314573661 | 2315781894 | 8 | O |
| 20190412 | 124413 | -4 | 2314573661 | 2317600600 | 1 | O |

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|---|---|---|---|---|---|---|
| 20190412 | 141456 | -4 | 2314573661 | 2317600600 | 1 | O |
| 20190412 | 145556 | -4 | 2314573661 | 2317600600 | 1 | O |
| 20190412 | 150351 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190412 | 150954 | -4 | 2314573661 | 2317600600 | 1 | O |
| 20190412 | 151023 | -4 | 2314573661 | 2317600600 | 1 | I |
| 20190412 | 160200 | -4 | 2314573661 | 2314573669 | 1 | O |
| 20190412 | 170636 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190412 | 212233 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190412 | 213118 | -4 | 2314573661 | 2317246308 | 1 | O |
| 20190412 | 213153 | -4 | 2314573661 | 2317246308 | 1 | O |
| 20190414 | 165427 | -4 | 2314573661 | 2314573669 | 1 | I |
| 20190414 | 170313 | -4 | 2314573661 | 2317600600 | 10 | O |
| 20190414 | 181434 | -4 | 2314573661 | 2312061718 | 4 | O |
| 20190414 | 184811 | -4 | 2314573661 | 2312061718 | 18 | I |
| 20190415 | 101214 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190415 | 123531 | -4 | 2314573661 | 2316726989 | 2 | I |
| 20190415 | 164420 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190415 | 173025 | -4 | 2314573661 | 2314573669 | 4 | O |
| 20190416 | 90643 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190416 | 165910 | -4 | 2314573661 | 2314573669 | 8 | O |
| 20190416 | 205027 | -4 | 2314573661 | 2317600600 | 10 | O |
| 20190417 | 32831 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190417 | 162427 | -4 | 2314573661 | 2314573669 | 6 | O |
| 20190417 | 172843 | -4 | 2314573661 | 4042545961 | 2 | O |
| 20190417 | 174638 | -4 | 2314573661 | 2317600600 | 10 | O |
| 20190418 | 183012 | -4 | 2314573661 | 2312150344 | 1 | O |
| 20190418 | 184012 | -4 | 2314573661 | 2312150344 | 1 | O |
| 20190418 | 193149 | -4 | 2314573661 | 2314573669 | 1 | O |
| 20190419 | 10625 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190419 | 105655 | -4 | 2314573661 | 2317600600 | 2 | I |
| 20190419 | 110009 | -4 | 2314573661 | 2317600600 | 2 | I |
| 20190419 | 133526 | -4 | 2314573661 | 23157818940 | 84 | I |
| 20190419 | 153037 | -4 | 2314573661 | 2317266355 | 1 | O |

PLHEETHUISPROD384

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|---|---|---|---|---|---|---|
| 20190419 | 153830 | -4 | 2314573661 | 2317600600 | 1 | I |
| 20190419 | 153904 | -4 | 2314573661 | 2317600600 | 1 | O |
| 20190419 | 154350 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190419 | 155417 | -4 | 2314573661 | 2317600600 | 4 | O |
| 20190419 | 182012 | -4 | 2314573661 | 2314573669 | 9 | O |
| 20190419 | 224136 | -4 | 2314573661 | 23176000100 | 8 | I |
| 20190420 | 102304 | -4 | 2314573661 | 2317600010 | 3 | O |
| 20190420 | 102516 | -4 | 2314573661 | 2317600010 | 2 | O |
| 20190420 | 105313 | -4 | 2314573661 | 2314573669 | 3 | I |
| 20190420 | 193743 | -4 | 2314573661 | 2314573669 | 2 | O |
| 20190420 | 193914 | -4 | 2314573661 | 2317600600 | 6 | O |
| 20190421 | 180830 | -4 | 2314573661 | 2315573762 | 1 | O |
| 20190421 | 184502 | -4 | 2314573661 | 2314573669 | 7 | O |
| 20190421 | 220926 | 0 | 2314573661 | 2315573762 | 12 | O |
| 20190422 | 112046 | -4 | 2314573661 | 2317444718 | 1 | I |
| 20190423 | 92857 | -4 | 2314573661 | 2312061718 | 1 | O |
| 20190423 | 94550 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190423 | 95056 | -4 | 2314573661 | 6164548300 | 1 | O |
| 20190423 | 95149 | -4 | 2314573661 | 6164548300 | 1 | O |
| 20190423 | 95247 | -4 | 2314573661 | 6164853055 | 2 | O |
| 20190423 | 103353 | -4 | 2314573661 | 2314573669 | 6 | O |
| 20190423 | 121255 | -4 | 2314573661 | 2316688934 | 1 | I |
| 20190423 | 165625 | -4 | 2314573661 | 3124046027 | 2 | O |
| 20190423 | 170253 | -4 | 2314573661 | 4042545961 | 3 | O |
| 20190423 | 182040 | -4 | 2314573661 | 31240460270 | 10 | I |
| 20190423 | 213252 | -4 | 2314573661 | 23176000100 | 7 | I |
| 20190424 | 102113 | -4 | 2314573661 | 6164548300 | 6 | I |
| 20190424 | 105134 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190424 | 135932 | -4 | 2314573661 | 2314573669 | 2 | O |
| 20190424 | 143519 | -4 | 2314573661 | 2314573669 | 12 | I |
| 20190424 | 211046 | -4 | 2314573661 | 23176000100 | 9 | I |
| 20190425 | 82157 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190425 | 111725 | -4 | 2314573661 | 2314573669 | 7 | O |

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|---|---|---|---|---|---|---|
| 20190425 | 130534 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190425 | 141804 | -4 | 2314573661 | 2317266355 | 2 | O |
| 20190425 | 171100 | -4 | 2314573661 | 2317993300 | 1 | O |
| 20190425 | 171533 | -4 | 2314573661 | 6164853055 | 27 | I |
| 20190426 | 92554 | -4 | 2314573661 | 2317666157 | 5 | I |
| 20190426 | 105154 | -4 | 2314573661 | 2314573669 | 8 | O |
| 20190426 | 110121 | -4 | 2314573661 | 2317244716 | 17 | O |
| 20190426 | 114325 | -4 | 2314573661 | 2317246236 | 2 | O |
| 20190426 | 121651 | -4 | 2314573661 | 2314127998 | 1 | O |
| 20190426 | 122629 | -4 | 2314573661 | 2317600600 | 6 | O |
| 20190426 | 123904 | -4 | 2314573661 | 2317993300 | 3 | O |
| 20190426 | 132951 | -4 | 2314573661 | 6164853055 | 13 | O |
| 20190426 | 152051 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190426 | 152238 | -4 | 2314573661 | 2317993300 | 2 | I |
| 20190426 | 153648 | -4 | 2314573661 | 2314127998 | 2 | O |
| 20190426 | 154241 | -4 | 2314573661 | 2317600600 | 17 | O |
| 20190426 | 161133 | -4 | 2314573661 | 2315573762 | 8 | O |
| 20190426 | 164103 | -4 | 2314573661 | 2314127998 | 40 | I |
| 20190426 | 193946 | -4 | 2314573661 | 2314127998 | 2 | O |
| 20190427 | 131640 | -4 | 2314573661 | 2314970009 | 1 | O |
| 20190427 | 133958 | -4 | 2314573661 | 2317444718 | 1 | I |
| 20190428 | 94425 | -4 | 2314573661 | 2314573669 | 2 | I |
| 20190428 | 101737 | -4 | 2314573661 | 23176000100 | 2 | I |
| 20190428 | 183041 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190429 | 84305 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190429 | 95056 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190429 | 124829 | -4 | 2314573661 | 2314573669 | 4 | I |
| 20190429 | 125224 | -4 | 2314573661 | 2314573669 | 2 | I |
| 20190429 | 140347 | -4 | 2314573661 | 2312150344 | 49 | I |
| 20190429 | 154841 | -4 | 2314573661 | 23176000100 | 14 | I |
| 20190429 | 160215 | -4 | 2314573661 | 2314573669 | 2 | I |
| 20190429 | 160448 | -4 | 2314573661 | 2317247101 | 2 | O |
| 20190429 | 160704 | -4 | 2314573661 | 2317600010 | 2 | O |

PLHEETHUISPROD386

| CALL_DATE | CALL_TIME | TIMEZONE | MDN_NUMBER | TO_NUMBER | CALL_DURATION (MINUTES) | CALL_DIRECTION (IN/OUT) |
|---|---|---|---|---|---|---|
| 20190429 | 161530 | -4 | 2314573661 | 2317244716 | 4 | I |
| 20190429 | 161936 | -4 | 2314573661 | 2314573669 | 1 | O |
| 20190429 | 162057 | -4 | 2314573661 | 2314573669 | 4 | I |
| 20190429 | 173130 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190429 | 173207 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190429 | 204420 | -4 | 2314573661 | 2312150344 | 45 | I |
| 20190430 | 85242 | -4 | 2314573661 | 23157818940 | 18 | I |
| 20190430 | 94216 | -4 | 2314573661 | 2314573669 | 1 | I |
| 20190430 | 110322 | -4 | 2314573661 | 2317244447 | 1 | O |
| 20190430 | 110358 | -4 | 2314573661 | 2317246308 | 1 | O |
| 20190430 | 112318 | -4 | 2314573661 | 7346264942 | 1 | I |
| 20190430 | 114627 | -4 | 2314573661 | 2317244716 | 1 | O |
| 20190430 | 114650 | -4 | 2314573661 | 2317246442 | 5 | O |
| 20190430 | 163648 | -4 | 2314573661 | 4042545961 | 1 | O |
| 20190430 | 195228 | -4 | 2314573661 | 2317696499 | 42 | I |
| 20190501 | 112704 | -4 | 2314573661 | 2314573669 | 28 | I |
| 20190501 | 120853 | -4 | 2314573661 | 2317600600 | 20 | I |
| 20190501 | 131946 | -4 | 2314573661 | 2314573669 | 2 | I |
| 20190501 | 163953 | -4 | 2314573661 | 2314573669 | 1 | I |
| 20190501 | 192319 | -4 | 2314573661 | 61684318060 | 32 | I |