# EXHIBIT 9

## Order Detail

**DISPLAY OPTIONS**

View: ○ Summary  ● Detail    Show: ○ Printed  ○ Communication  ● All

Page [1] 2 >

| Date | Information | Print |
|---|---|---|
| 22-Feb-2021 12:40PM | INQUIRY PRINTED FOR CLIENT: LAURA S AMTSBUECHLER, ATTY. AT LAW (ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, PC) | Letter |
| 22-Feb-2021 12:27PM | INQUIRY MODIFIED: ITEM 1 "THIS DEPONENT IS ADVISING THAT EVEN WITH A SIGNED AUTHORIZATION FROM THE ACCOUNTHOLDER, THEY NEED A COURT ORDER TO RELEASE RECORDS." CHANGED TO "THIS DEPONENT IS ADVISING THAT EVEN WITH A SIGNED AUTHORIZATION FROM THE ACCOUNTHOLDER, THEY HAVE TO NOTIFY THE ACCOUNTHOLDER DUE TO THE CABLE ACT. IF THE ACCOUNTHOLDER CANNOT VERIFY THEIR ACCOUNT, THEY CAN ONLY RELEASE THE RECORDS TO THE ACCOUNTHOLDER DIRECTLY. OTHERWISE, THEY NEED A COURT ORDER TO RELEASE RECORDS. PLEASE ADVISE HOW YOU WISH TO PROCEED WITH THIS REQUEST." | |
| 17-Feb-2021 02:23PM | CALLED DEPONENT (GENERIC) : PER DEP/SHANNON IN THE LEGAL RESPONSE CENTER (856)675-5132, THEY ARE NOT ABLE TO RELEASE THESE RECORDS TO A 3RD PARTY WITHOUT A COURT ORDER. SHE ADVISED THAT WHEN THEY RECEIVE A REQUEST OR SUBPOENA EVEN WITH A SIGNED AUTHORIZATION, THEY HAVE TO NOTIFY THE ACCOUNTHOLDER PER THE CABLE ACT. IF THE ACCOUNTHOLDER CANNOT VERIFY THEIR ACCOUNT (USUALLY A 4 DIGIT PIN #), THEN RECORDS ARE ONLY RELEASED TO THE ACCOUNTHOLDER. , COMPANY , C/O THE CORPORATION(COMCAST CABLE) | |
| 17-Feb-2021 01:36PM | REQUESTED CORRESPONDENCE LETTER REPRINTED FOR DEPONENT: C/O THE CORPORATION COMPANY (COMCAST CABLE) | Letter |
| 17-Feb-2021 01:34PM | REQUESTED CORRESPONDENCE LETTER REPRINTED FOR DEPONENT: C/O THE CORPORATION COMPANY (COMCAST CABLE) | Letter |
| 17-Feb-2021 01:33PM | REQUESTED CORRESPONDENCE LETTER REPRINTED FOR DEPONENT: C/O THE CORPORATION COMPANY (COMCAST CABLE) | Letter |
| 16-Feb-2021 07:29AM | RECORD REMINDER PRINTED FOR CLIENT: LAURA S AMTSBUECHLER ATTY. AT LAW (ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, PC) | Letter |
| 08-Feb-2021 11:14AM | RECORD REMINDER PRINTED FOR DEPONENT: C/O THE CORPORATION COMPANY (COMCAST CABLE) | Letter |
| 08-Feb-2021 10:53AM | REQUESTED CORRESPONDENCE LETTER PRINTED FOR DEPONENT: C/O THE CORPORATION COMPANY (COMCAST CABLE) | Letter |
| 08-Feb-2021 10:53AM | REQUESTED CORRESPONDENCE LETTER MODIFIED: ITEM 1 "ENCLOSED PLEASE FIND THE PATIENT'S SIGNED AUTHORIZATION." CHANGED TO "ENCLOSED PLEASE FIND THE SIGNED AUTHORIZATION." | |
| 03-Feb-2021 10:12AM | CLIENT CALLED (GENERIC) : PER JULIE DOLL, SHE WANTED STATUS. I LET HER KNOW WE ARE WAITING ON THE NOTARIZED AUTHORIZATION. SHE ASKED ME TO EMAIL HER THE ONE WE RECEIVED SO SHE CAN GET TIT NOTARIZED. , AMTSBUECHLER,LAURA (REQUESTER) | |
| 01-Feb-2021 01:00AM | APPROPRIATE COUNSEL NOTIFIED OF OUTSTANDING REQUIRED AUTHORIZATION | |
| 11-Jan-2021 09:28AM | LETTER FROM DEPONENT (GENERIC) : FAX RCVD STATING RECORDS WERE FORWARDED TO THE SUBSCRIBER. PER PREVIOUS BLOG, DEPONENT HAS ALREADY BEEN ADVISED WE DO NOT REPRESENT THE SUBSCRIBER AND THEY ARE RESEARCHING. PLACED LETTER IN SCANNING. , COMPANY , C/O THE CORPORATION(COMCAST CABLE) | |
| 06-Jan-2021 01:45PM | DEPONENT CALLED (GENERIC) : SHANNON CALLED STATING THAT THE RECORDS ARE GOING TO BE PROVIDED TO THE ACCOUNT HOLDER. ADVISED THAT THE REQUESTING ATTORNEY DOES NOT REPRESENT THE ACCOUNT HOLDER; THEY REPRESENT THE DEFENDANT, AND THERE IS NO GUARANTEE THAT THE RECORDS WILL BE FORWARDED TO RDS OR IN THEIR ENTIRETY. WE ARE CURRENTLY ON HOLD FOR A NOTARIZED AUTHORIZATION (PREVIOUS AUTHORIZATION WAS SIGNED BY THE ACCOUNT HOLDER BUT NOT NOTARIZED); INQUIRED AS TO WHETHER OR NOT THE NOTARIZED AUTHORIZATION IS STILL NEEDED. SHE STATED THAT SHE WILL SPEAK WITH A MANAGER AND CALL RDS BACK REGARDING THE RECORDS AND AUTHORIZATION. , COMPANY , C/O THE CORPORATION(COMCAST CABLE) | |
| 01-Jan-2021 01:00AM | APPROPRIATE COUNSEL NOTIFIED OF OUTSTANDING REQUIRED AUTHORIZATION | |
| 22-Dec-2020 11:47AM | LETTER REQUESTING AUTHORIZATION PRINTED FOR CLIENT: LAURA S AMTSBUECHLER, ATTY. AT LAW (ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, PC) | Letter |
| 22-Dec-2020 11:47AM | LETTER REQUESTING AUTHORIZATION MODIFIED: ITEM 2 "THE ATTACHED AUTHORIZATION MUST BE SIGNED AND DATED ******BY THE ACCOUNT HOLDER.***** FOR A PROPERLY NOTARIZED AUTHORIZATION TO BE VALID, THE SIGNATURE AND NOTARY DATES MUST MATCH. " CHANGED TO "THE ATTACHED AUTHORIZATION MUST BE SIGNED AND DATED ******BY THE ACCOUNT HOLDER.****** FOR A PROPERLY NOTARIZED AUTHORIZATION TO BE VALID, THE SIGNATURE AND NOTARY DATES MUST MATCH. " | |
| 22-Dec-2020 11:47AM | LETTER REQUESTING AUTHORIZATION PRINTED FOR CLIENT: LAURA S AMTSBUECHLER, ATTY. AT LAW (ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, PC) | Letter |
| 22-Dec-2020 11:47AM | LETTER REQUESTING AUTHORIZATION MODIFIED: ITEM 1 "WE HAVE RECEIVED A SIGNED AUTHORIZATION FROM YOUR OFFICE. HOWEVER, THE DEPONENT REQUIRES A NOTARIZED COPY." CHANGED TO "WE HAVE RECEIVED A SIGNED AUTHORIZATION FROM YOUR OFFICE. HOWEVER, THE DEPONENT REQUIRES A NOTARIZED COPY. " | |
| 22-Dec-2020 11:47AM | LETTER REQUESTING AUTHORIZATION MODIFIED: ITEM 2 "THE ATTACHED AUTHORIZATION MUST BE SIGNED AND DATED. FOR A PROPERLY NOTARIZED AUTHORIZATION TO BE VALID, THE SIGNATURE AND NOTARY DATES MUST MATCH." CHANGED TO "THE ATTACHED AUTHORIZATION MUST BE SIGNED AND DATED ******BY THE ACCOUNT HOLDER.***** FOR A PROPERLY NOTARIZED AUTHORIZATION TO BE VALID, THE SIGNATURE AND NOTARY DATES MUST MATCH. " | |
| 22-Dec-2020 11:14AM | LETTER REQUESTING AUTHORIZATION PRINTED FOR CLIENT: LAURA S AMTSBUECHLER, ATTY. AT LAW (ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, PC) | Letter |
| 22-Dec-2020 11:03AM | LETTER FROM DEPONENT (GENERIC) : PER THE DEPONENT, AN AUTHORIZATION SIGNED BY THE ACCOUNT HOLDER WHICH IS NOT THE PLAINTIFF IS REQUIRED TO PROCESS THIS REQUEST. , COMPANY , C/O THE CORPORATION(COMCAST CABLE) | |
| 14-Dec-2020 01:18PM | REQUESTED CORRESPONDENCE LETTER PRINTED FOR DEPONENT: C/O THE CORPORATION COMPANY (COMCAST CABLE) | Letter |

Page [1] 2 >

---

**RDS PORTAL**

**Order #:**
171441-002

**Due Date:**
28-Dec-2020

**Name on Record:**
HEETHUIS, LORI

**Case #:**
1:19-CV-00940

**Received:**
11-Nov-2020

**Claim #:**

**Case Name:**
HEETHUIS, LORI VS. COUNTY OF MUSKEGON, ET AL

**Deponent:**
COMCAST CABLE

**Treated By:**

**Requesting Attorney:**