# EXHIBIT 12

## Melanie Hesano

| | |
|---|---|
| **From:** | Kathryn Boyd <kboyd@dca-lawyers.com> |
| **Sent:** | Wednesday, February 24, 2021 1:16 PM |
| **To:** | Laura Amtsbuechler; Melanie Hesano |
| **Cc:** | Julie Doll; Steve Drew; Adam Sturdivant; Robika Garner; Carla Jo Compton |
| **Subject:** | RE: 20-1415 -- Heethuis v Muskegon County |
| **Importance:** | High |

Counsel:

Lori went through the steps of resetting her Gmail/Google Cloud login. Below is the information Lori provided.

    Google Cloud E-mail: ███████████████

    Google Cloud Password: ██████████

Please let us know the expert name and company address where you would like Lori's cell phone to be shipped.

Thank you.

Respectfully,

Kathryn E. Boyd
Paralegal to Stephen R. Drew
Paralegal to Adam C. Sturdivant



80 Ottawa Avenue NW, Suite 200
Grand Rapids, Michigan 49503
Direct: (616) 666-7584
Main Office: (616) 454-8300
Facsimile: (616) 454-0036

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY/CLIENT COMMUNICATION - ATTORNEY WORK PRODUCT**

This electronic message contains information from the law firm of DREW COOPER & ANDING that may be privileged.
The information is for the use of the intended recipient only.
If you are not the intended recipient, please advise the sender that you received this message in error.
Please note that any disclosure, copy, distribution or use of the contents of this message is prohibited.

**From:** Laura Amtsbuechler <lamtsbuechler@rsjalaw.com>
**Sent:** Wednesday, February 24, 2021 8:28 AM
**To:** Steve Drew <sdrew@dca-lawyers.com>; Melanie Hesano <mhesano@rsjalaw.com>
**Cc:** Adam Sturdivant <asturdivant@dca-lawyers.com>; Julie Doll <jdoll@rsjalaw.com>; Kathryn Boyd <kboyd@dca-