UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI LYNN HEETHUIS,

      Plaintiff,

                                          Case No. 1:19-cv-00940

-vs-

                                          HON:  PAUL L. MALONEY

COUNTY OF MUSKEGON; and,
RYAN BOIKE, Individually,

      Defendants.

_____/

| | |
|---|---|
| STEPHEN R. DREW (24323) | ROSATI SCHULTZ JOPPICH |
| ADAM C. STURDIVANT (P72285) | & AMTSBUECHLER PC |
| DREW, COOPER & ANDING | LAURA  S.  AMTSBUECHLER |
| Attorneys for Plaintiff | (P36972) |
| 80 Ottawa Avenue, NW, Suite 200 | MELANIE M. HESANO (P82519) |
| Grand Rapids, MI 49503 | Attorneys for Defendants |
| (616) 454-8300 | 27555 Executive Drive, Suite 250 |
| sdrew@dca-lawyers.com | Farmington Hills, MI 48331 |
| asturdivant@dca-lawyers.com | (248) 489-4100 |
| | lamtsbuechler@rsjalaw.com |
| | mhesano@rsjalaw.com |

_____/

## STIPULATED ORDER FOR PRODUCTION OF XFINITY CELL PHONE RECORDS

The parties through their respective counsel hereby stipulate and agree:

**IT IS ORDERED** that Xfinity shall produce the cell phone records for the

account in the name of Damon Heethuis for phone numbers, (231) 457-3669 and

(231) 457-3661 for the months of March 2019, April 2019 and February 2021 on or

before March 15, 2021.


**IT IS SO ORDERED.**

DATED: _____          _____

                                                        HON. PAUL L. MALONEY
                                                        U.S. District Court Judge



Stipulated and approved:

/s/ Stephen R. Drew                          /s/Laura S. Amtsbuechler
Stephen R. Drew (24323)                  Laura S. Amtsbuechler (P36972)
Attorney for Plaintiff                        Attorney for Defendants