UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI LYNN HEETHUIS,

    Plaintiff,

v.

COUNTY OF MUSKEGON, et al.,

    Defendants.
_____/

Case No. 1:19-cv-940

HONORABLE PAUL L. MALONEY

## ORDER GRANTING IN PART MOTION TO FILE DOCUMENTS UNDER SEAL

Pending before the Court is Defendants' motion for leave to file motion for summary judgment exhibits under seal (ECF No. 86). The Plaintiff does not oppose the motion (ECF No. 87). Upon due consideration of the motion by the Court, the Court will allow Defendants to file the exhibits under restricted access rather than under seal. Accordingly,

**IT IS HEREBY ORDERED** that the motion for leave to file motion for summary judgment exhibits under seal (ECF No. 86) is GRANTED IN PART.

**IT IS FURTHER ORDERED** that Defendants shall file the Exhibits 10, 16, 25, 23a, and Control Room diagram or internal jail photos, if filed as an exhibit by either party with access available only to the Court, counsel for Plaintiff, and counsel for Defendants.

Dated:  March 8, 2021
                                                    /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge