UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI LYNN HEETHUIS,

    Plaintiff,

v.

COUNTY OF MUSKEGON, et al.,

    Defendants.
_____/

Case No. 1:19-cv-940

HONORABLE PAUL L. MALONEY

## ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

Pending before the Court is Defendants' motion for leave to exceed exhibit page limitations (ECF No. 91). Defendants seek leave to file exhibits in support of their motion for summary judgment that exceed the limitations established to W.D. Mich. LCivR. 7.1(b) by 80 pages. Plaintiff does not oppose the requested relief (ECF No. 95).  Therefore,

**IT IS HEREBY ORDERED** that the motion for leave to exceed exhibit page limitations (ECF No. 91) is GRANTED for the reasons stated in the motion.

Dated:  March 18, 2021

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge