UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI LYNN HEETHUIS,

    Plaintiff,

-vs-

COUNTY OF MUSKEGON; and,
RYAN BOIKE, Individually,

    Defendants.
_____/

Case No. 1:19-cv-00940

Hon.  Paul L. Maloney
Magistrate Judge Phillip J. Green

| | |
|---|---|
| STEPHEN R. DREW (P24323) <br> ADAM C. STURDIVANT (P72285) <br> DREW, COOPER & ANDING <br> Attorneys for Plaintiff <br> 80 Ottawa Avenue, NW, Suite 200 <br> Grand Rapids, MI 49503 <br> (616) 454-8300 <br> sdrew@dca-lawyers.com <br> asturdivant@dca-lawyers.com | ROSATI SCHULTZ JOPPICH <br> & AMTSBUECHLER PC <br> LAURA   S.   AMTSBUECHLER (P36972) <br> MELANIE M. HESANO (P82519) <br> Attorneys for Defendants <br> 27555 Executive Drive, Suite 250 <br> Farmington Hills, MI 48331 <br> (248) 489-4100 <br> lamtsbuechler@rsjalaw.com <br> mhesano@rsjalaw.com |

_____/

## STIPULATED ORDER REOPENING DISCOVERY REGARDING SPOLIATION OF EVIDENCE AND AFTER ACQUIRED EVIDENCE

    This matter having come before the Court upon the agreement of the parties and the Court being fully advised;

    **IT IS HEREBY ORDERED** that discovery in this matter is reopened so that

Defendants may take additional discovery through depositions of Plaintiff and her husband regarding spoilation of evidence as pertains to Plaintiff's cell phone data and contents, and the contents of Plaintiff's Cloud storage back up.

**IT IS FURTHER ORDERED** that discovery in this matter be reopened so that counsel for Defendants can take depositions regarding the content of Plaintiff's Facebook messages with former inmates of the Muskegon County Jail as pertains to the "after acquired evidence" defense.

**IT IS FURTHER ORDERED** that Defendants may have Plaintiff's cell phone examined by an additional expert in an effort to determine if it can be taken out of the "boot loop," and to determine the cause of the alleged malfunction, if possible.

**IT IS FURTHER ORDERED** that this additional discovery will not delay other scheduling order dates.

**IT IS SO ORDERED.**

						_____
						PAUL J. MALONEY
						U.S. District Court Judge


Stipulated and approved:

/s/ Stephen R. Drew (w/consent)		/s/ Laura S. Amtsbuechler_____
Stephen R. Drew (P24323)			Laura S. Amtsbuechler (P36972)
Attorney for Plaintiff				Attorney for Defendants