UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI LYNN HEETHUIS,

    Plaintiff,

v.

COUNTY OF MUSKEGON, et al.,

    Defendants.

_____/

Case No. 1:19-cv-940

HONORABLE PAUL L. MALONEY

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER RESTRICTED ACCESS**

Pending before the Court is Plaintiff's motion for leave to file exhibits under restricted access (ECF No. 99). Plaintiff requests leave to file 11 exhibits to her response in opposition to Defendants' motion for summary judgment. Defendants do not oppose the motion (ECF No. 100). Therefore,

**IT IS HEREBY ORDERED** that the motion for leave to file exhibits under restricted access (ECF No. 99) is GRANTED for the reasons stated in the motion. The exhibits shall be accessible to the Court, counsel for Plaintiff, and counsel for Defendants only.

Dated:  April 7, 2021

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge