UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI LYNN HEETHUIS,

    Plaintiff,

    Case No. 1:19-cv-00940

-vs-

    HON:  PAUL L. MALONEY

COUNTY OF MUSKEGON; and,
RYAN BOIKE, Individually,

    Defendants.
_____/

| | |
|---|---|
| STEPHEN R. DREW (P24323) | ROSATI SCHULTZ JOPPICH |
| ADAM C. STURDIVANT (P72285) | & AMTSBUECHLER PC |
| DREW, COOPER & ANDING | LAURA S. AMTSBUECHLER |
| Attorneys for Plaintiff | (P36972) |
| 80 Ottawa Avenue, NW, Suite 200 | MELANIE M. HESANO (P82519) |
| Grand Rapids, MI 49503 | Attorneys for Defendants |
| (616) 454-8300 | 27555 Executive Drive, Suite 250 |
| sdrew@dca-lawyers.com | Farmington Hills, MI 48331 |
| asturdivant@dca-lawyers.com | (248) 489-4100 |
| | lamtsbuechler@rsjalaw.com |
| | mhesano@rsjalaw.com |

_____/

**STIPULATED ORDER OF DISMISSAL**

This matter, having come before the Court on the stipulation of the parties, and the Court being fully advised:

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice and without costs, interest, or attorney fees as to any party.

This is a final Order of the Court which resolves all pending claims and closes the file.

IT IS HEREBY ORDERED.

_____
Honorable Paul Maloney

Stipulated and Agreed to by:

/s/ Stephen R. Drew (w/consent)
STEPHEN R. DREW (P24323)
Attorney for Plaintiff


/s/ Laura S. Amtsbuechler_____
LAURA S. AMTSBUECHLER (P36972)
Attorney for Defendants